1  FOLGER LEVIN LLP
   Jiyun Cameron Lee (CSB No. 161667, jlee@folgerlevin.com)
2  Andrew J. Davis (CSB No. 203345, ddavis@folgerlevin.com)
   199 Fremont Street, 20th Floor
3  San Francisco, CA  94105
   Telephone: 415.625.1050
4  Facsimile: 415.625.1091

5  Attorneys for Use-Plaintiff
   Curtis & Tompkins, Ltd.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, for the use and benefit of:<br><br>CURTIS & TOMPKINS, LTD., a California corporation,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>GILBANE FEDERAL, a California corporation; TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA, a Connecticut corporation,<br><br>　　　　　Defendants. | Case No. 4:14-cv-05422-KAW<br><br>**STIPULATION AND [PROPOSED] ORDER FOR DISMISSAL WITH PREJUDICE** |

Plaintiff Curtis & Tompkins, Ltd. ("Plaintiff") and defendants Gilbane Federal and Travelers Casualty and Surety Company of America (collectively, "Defendants"), through their respective counsel, hereby stipulate as follows:

1. This Action shall be dismissed in its entirety with prejudice; and
2. Each party shall bear its own fees and costs.

IT IS SO STIPULATED.

Dated: May 28, 2015                                          FOLGER LEVIN LLP

*/s/ Jiyun Cameron Lee*

Jiyun Cameron Lee
Attorneys for Plaintiff
Curtis & Tompkins, Ltd.

Dated: May 28, 2015                                          VARELA, LEE, METZ & GUARINO, LLP

*/s/ Nicholas A. Merrell*

Nicholas A. Merrell
Attorneys for Defendants
Gilbane Federal and
Travelers Casualty and Surety Company of America

**ATTESTATION**

I, Jiyun Cameron Lee, hereby attest that, pursuant to Civil Local Rule 5-1(i)(3), concurrence in the filing of this document has been obtained from each of the other signatories herein.

Dated: May 28, 2015                                          */s/ Jiyun Cameron Lee*
                                                             Jiyun Cameron Lee

**ORDER**

The above Stipulation for Dismissal with Prejudice having been considered, and good cause appearing therefore,

IT IS SO ORDERED.

Dated: 6/1/15

_____
HONORABLE KANDIS A. WESTMORE
UNITED STATES MAGISTRATE JUDGE

872321.1